## Alberta Gibbs, Appellant, v. Teslar Gibbs, Appellee.

### Gen. No. 42,474.

opinion filed September 27, 1943. Ellis & Westbrooks and Joseph J. Attwell, Jr., for appellant; Joseph J. Attwell, Jr., of counsel; Herbert A. Ellis, for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.

## Joseph K. Gorman and Jane Gorman, Appellants, v. General Outdoor Advertising Company, Inc., Appellee.

### Gen. No. 42,583.

opinion filed September 27, 1943. Hubbard, Baker & Rice, for appellants; Lord, Bissell & Kadyk, for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.